Perle Ward Root, Respondent, v. John M. Brainard, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of requiring plaintiff to give the particulars specified in subdivision (d) of defendant's notice of motion. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ella Hirsch, Respondent, v. Carrie Marx and Others, Impleaded with Walter C. Hurwitz, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The Peerless Pattern Company, Respondent, v. The McClure Publications, Incorporated, Appellant.— Order modified by striking out so much thereof as allows the examination of the defendant's officers as to the 8th and 16th paragraphs of the complaint; and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Andrew J. Robinson Company, Appellant, v. Security Mutual Life Insurance Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Daniel Greenwald, Appellant, v. William A. Prendergast, as Comptroller of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ove Lange, Appellant, v. William D. Dickey, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

United Distillers Company, Respondent, v. Patrick A. Clifford, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Sarah R. Fisch, Respondent, v. George D. Fisch, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Harry Ford, Respondent, v. E. I. Du Pont De Nemours Powder Company, Appellant, Impleaded with Central Railroad Company of New Jersey.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Harry W. Gabriel, Respondent, v. Clinton Graham, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Morris Jasper, Respondent, v. Julius Krulewitch, Impleaded with Sam A. Krulewitch, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant, appellant, to comply with the conditions of the order within ten days after service of a copy of this order. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.